IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00787-MSK-BNB

ANA LOPEZ, individually, and
ANA LOPEZ and JAVIER AYALA, as parents of LUIS ALFONSO LOPEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Unopposed Motion to Vacate the July 28, 2005 Scheduling Conference** (the "Motion"), filed on July 8, 2005.

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for July 28, 2005, is **vacated and reset to September 12, 2005, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 6, 2005**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: July 12, 2005.