IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00787-MSK-BNB

ANA LOPEZ, individually, and
ANA LOPEZ and JAVIER AYALA, as parents of LUIS ALFONSO LOPEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 3, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 18, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge