IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00787-MSK-BNB

ANA LOPEZ, individually, and
ANA LOPEZ and JAVIER AYALA, as parents of LUIS ALFONSO LOPEZ,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation of Dismissal of Case With Prejudice **(#33)** filed July 10, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 11th day of July, 2006.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge